Willie Lee McFadden, a Minor, by His Mother and Next Best Friend, Irene McFadden, Plaintiff-Appellant, v. William B. Wernecke, Defendant-Appellee.

Gen. No. 48,270. 

First District, First Division.

May 21, 1962.

Rehearing denied June 14, 1962.

Leonard M. Ring, of Chicago, for appellant; Joseph I. Bulger, G. J. Devanna and Francis A. Fanelli, of Chicago, for appellee. Opinion by MR. JUSTICE ENGLISH. Not to be published in full.